IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

URBIN ADAN LOPEZ PEREZ                                              PETITIONER

v.                              Civil No. 06-3029

LARRY NORRIS, Director,
Arkansas Department of Correction                                   RESPONDENT

### ORDER

Petitioner, a prisoner of the Arkansas Department of Correction, Calico Rock, Arkansas, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears he is unable to pay the costs for commencement of suit, the following order is entered this 24th day of May 2006:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition *nunc pro tunc* as of May 19, 2006. The matter of service will be determined at a later date.

_____
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 26 2006

CHRIS R. JOHNSON, CLERK
BY
            DEPUTY CLERK

AO 72A
(Rev. 8/82)