IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

URBIN ADAN LOPEZ PEREZ                                                                PETITIONER

v.                                         Civil No. 06-3029

LARRY NORRIS, Director,
Arkansas Department of Correction                                                      RESPONDENT

**O R D E R**

Petitioner Urbin Adan Lopez Perez is hereby directed to complete, sign, date, and return the attached questionnaire on or before September 5, 2006. **Failure to respond within the required period of time will subject this matter to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 1st day of August 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE